In the Matter of the Security Life Insurance Company. — Order affirmed on the opinion of Daniels, J., in the court below.

Samuel Gross and others, *Appellants,* v. Aaron M. Clark, *Administrator, etc., Respondent.* — Order affirmed with ten dollars costs and disbursements. Opinion by Brady, J.

Abraham J. Friedman, *Respondent,* v. Israel Grodzinski, *Appellant.* — Order affirmed, with ten dollars costs and disbursements.

In the Matter of John Matthews. — Order affirmed, with ten dollars costs and disbursements.

Theodore Moss, *Respondent,* v. William B. Barton and Frank Lawlor, *Appellant.* — Order reversed and motion denied, with ten dollars costs and disbursements. Opinion by Daniels, J.

John Kelly, *Respondent,* v. Nelson J. Waterbury, *Appellant.* — Order modified as directed in opinion, and affirmed as modified. Opinion by Daniels, J.

Eleanor B. King, *Respondent,* v. William Mackellar, *Appellant.* — Judgment affirmed.

The General Theological Seminary of the Protestant Episcopal Church of the United States, *Respondent,* v. Morris Lesser and Louis Lesser, *Appellants.* — Judgment affirmed.

George Leeds, *Respondent,* v. The Metropolitan Gas Company, *Appellant.* — Judgment affirmed.

Edward J. King and Rosalie King his wife, *Respondents,* v. Sylvester Brush and Sarah his wife, *Appellants.* — Order affirmed, with ten dollars costs and disbursements.

Stephen Lee and others, *Appellants,* v. John Pfeiffer and others, *Respondents.* — Order affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J.

Emma J. Mason, *Appellant,* v. Lydia C. Libby, *Respondent.* — Order affirmed, with ten dollars costs and disbursements.

Dora Schniker, *Plaintiff in Error,* v. The People of the State of New York, *Defendants in Error.* — Judgment affirmed.

Thomas Hassett, *Respondent,* v. The Mayor, etc., of the City of New York, *Appellant.* — Judgment reversed, motion denied, with costs. Opinion by Davis, P. J.